In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-343 CR


____________________



RONALD LEE GRIFFIN, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 9th District Court


Montgomery County, Texas


Trial Cause No. 02-10-07181 CR






MEMORANDUM OPINION (1)


 On August 12, 2004, we informed the parties that our jurisdiction was not apparent
from the notice of appeal, and notified them that the appeal would be dismissed for want
of jurisdiction unless we received a response showing grounds for continuing the appeal. 
No reply has been filed.


 The notice of appeal seeks to appeal the denial of a motion for nunc pro tunc relief. 
The trial court's denial of this motion is not an appealable order. See Allen v. State, 20
S.W.3d 164 (Tex. App.-Texarkana 2000, no pet. [mand. denied]).

 Accordingly, we hold the order from which the appellant appeals is not appealable. 
The appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED FOR LACK OF JURISDICTION.

 

 PER CURIAM


Opinion Delivered August 31, 2004 

Do Not Publish

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.